**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE PATTERSON,

    Plaintiff,

v.

CHARLES BYRD,

    Defendant.
_____/

No. C -12-05203-EDL

**ORDER**

The Court is in receipt of Plaintiff's letter dated November 10, 2012 and filed November 13, 2012 (Dkt. #10), in which he requests to substitute the names of two individual defendants for two previously un-named "Doe" defendants. In order to make this change, Plaintiff must file an amended complaint in compliance with Federal Rule of Civil Procedure 15 and Local Rule 10-1.

**IT IS SO ORDERED.**

Dated: November 15, 2012

                        ELIZABETH D. LAPORTE
                        United States Magistrate Judge