01/24/2013 18:36    4158536895                    LDMSR                              PAGE  01/81

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

___Northern___ District of ___California___

| | |
|---|---|
| Andre Patterson | |
| Plaintiff (s), | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY |
| V. | |
| Charles Byrd, et al | |
| Defendant (s), | CASE NUMBER:  C-12-5203-EDL |

Notice is hereby given that, subject to approval by the court, ___C. Byrd, Community Housing Pship___ substitutes
(Party (s) Name)

___Joseph J. Minioza___ , State Bar No. ___197379___ as counsel of record in
(Name of New Attorney)

place of ___Michael Rossoff___
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Ericksen Arbuthnot
Address:         155 Grand Avenue, Suite 1050, Oakland, CA 94612
Telephone:       (510) 832-7770           Facsimile  (510) 832-0102
E-Mail (Optional):  jminioza@ericksenarbuthnot.com

I consent to the above substitution.
Date: ___1/24/13___                          _____
                                            (Signature of Party (s))

I consent to being substituted.
Date: ___1/25/13___                          CHARLES BYRD          GEOFF MAC DONALD
                                            (Signature of Former Attorney (s))

I consent to the above substitution.
Date: ___1/31/13___                          _____
                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: ___February 12, 2013___                Elijah D. Laporte
                                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]