01/24/2013 18:36   4158536895                    LDMSR                              PAGE 01/01

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Andre Patterson

            Plaintiff(s),   **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

V.

Charles Byrd, et al

            Defendant(s),   CASE NUMBER: C-12-5203-EDL

Notice is hereby given that, subject to approval by the court, __C. Byrd, Community Housing Pship__ substitutes
                                                            (Party (s) Name)

__Jospeh J. Minioza__ , State Bar No. __197379__ as counsel of record in
(Name of New Attorney)

place of __Michael Rossoff__
                  (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Ericksen Arbuthnot |
|---|---|
| Address: | 155 Grand Avenue, Suite 1050, Oakland, CA 94612 |
| Telephone: | (510) 832-7770    Facsimile (510) 832-0102 |
| E-Mail (Optional): | jminioza@ericksenarbuthnot.com |

I consent to the above substitution.
Date: 1/24/13                                    _/s/ Michael Rossoff_
                                                    (Signature of Party (s))

I consent to being substituted.
Date: 1/25/13                                    CHARLES BYRD   _/s/ Geoff MacDonald_
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/31/13                                    _/s/ Joseph J. Minioza_
                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 12, 2013                           _/s/ Elizabeth D. Laporte_
                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]