IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE PATTERSON, | No. C -12-05203(EDL) |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| CHARLES BYRD, et al. | |
| Defendants. | |

On October 9, 2013, Pro se Plaintiff Andre Patterson filed a complaint against Defendants Charles Byrd, Community Housing Partnership and Michael Rossoff asserting claims for violation of the Civil Rights Act ("CRA"), the Rehabilitation Act, the Fair Housing Act ("FHA") and the Americans With Disabilities Act ("ADA") based on what he alleged was an unlawful eviction. All parties have consented to the jurisdiction of this Magistrate Court. On February 14, 2013, this Court granted Defendants' motion to dismiss the complaint but granted Plaintiff leave to file an amended complaint by no later than February 28, 2013. No amended complaint has been timely filed, and the complaint is therefore dismissed with prejudice.

The Court also notes that all mail sent by the Court to Plaintiff since December 18, 2012 has been returned as undeliverable. Plaintiff has not provided any updated contact information to the Court as required by Civil Local Rule 3-11(a), and the Court has no other contact information for Plaintiff. Dismissal is therefore also appropriate pursuant to Civil Local Rule 3-11(b).

IT IS SO ORDERED.

Dated: March 4, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge